MSM/EGW: USAO 2024R00518



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | CRIMINAL NO. PX-25-cr-396 |
| | * | |
| **KHIRY JAMAL LANE** | * | (Conspiracy to Distribute a |
| | * | Controlled Substance, |
| **Defendant** | * | 21 U.S.C. § 846; Forfeiture, |
| | * | 21 U.S.C. § 853) |
| | * | |
| | * | |

\*\*\*\*\*\*\*

## INFORMATION

### COUNT ONE
(Conspiracy to Distribute a Controlled Substance)

The United States Attorney for the District of Maryland charges that:

Between at least in or about March 23, 2024, through at least in or about May 3, 2024, in the District of Maryland and elsewhere, the defendant,

**KHIRY JAMAL LANE,**

did knowingly combine, conspire, confederate, and agree with others, to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance, and in violation of 21 U.S.C. § 841(a)(1).

21 U.S.C. § 846
21 U.S.C. § 841(b)(1)(C)

## FORFEITURE ALLEGATION

The United States Attorney for the District of Maryland charges that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 21 U.S.C. § 853, in the event of the defendant's conviction under Count One of this Information.

### Narcotics Forfeiture

2. Upon conviction of the offense set forth in Count One, the defendant,

**KHIRY JAMAL LANE,**

shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a):

   a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense; and

   b. any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

### Substitute Assets

3. If, as a result of any act or omission of the defendants, any of the property described above,

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or,

   e. has been commingled with other property which cannot be divided without difficulty,

the United States, pursuant to 21 U.S.C. § 853(p), shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above.

21 U.S.C. § 853

Date: 12/30/25

Kelly O. Hayes
United States Attorney